UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 25-5033-KK-MBKx** | Date: | October 3, 2025 |
|---|---|---|---|
| Title: | *Joshua Meadors et al v. Lindsay Horvath et al.* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Twyla Freeman | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(In Chambers) Order Dismissing Action Without Prejudice**

On August 25, 2025, the Court issued an Order granting plaintiff Joshua Meadors' request to proceed <u>in forma pauperis</u> and requiring plaintiff Joshua Meadors to pay an initial partial filing fee of $21.41 within 30 days. ECF Docket No. ("Dkt.") 9. Plaintiff Joshua Meadors was expressly advised failure to comply with this instruction would result in this action being dismissed without prejudice. <u>Id.</u> To date, plaintiff Joshua Meadors has not paid the required initial filing.

On August 8, 2025, the Court ordered plaintiff Clarence Edward Birdsong to submit an application to proceed in forma pauperis within 14 days. Dkt. 8. Plaintiff Clarence Edward Birdsong was expressly advised failure to comply with this instruction would result in his claims being dismissed without prejudice. <u>Id.</u> To date, plaintiff Clarence Edward Birdsong has not filed an application.

Accordingly, the entire action is **DISMISSED WITHOUT PREJUDICE**. (JS-6)

**IT IS SO ORDERED**.